

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2015

No. 04-14-00772-CR

Jonathan Jose **GUILLEN,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2647
Honorable Maria Teresa Herr, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED. Time is extended to October 16, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:      Alan Brown                          Alex J. Scharff
         Law Offices Of Brown & Norton       Campion & Campion
         222 Main Plaza East                 222 East Main Plaza
         San Antonio, TX 78205               San Antonio, TX 78205

         Nicolas A. LaHood
         District Attorney, Bexar County
         101 W. Nueva, Suite 370
         San Antonio, TX 78205